**IT IS ORDERED as set forth below:**

Date: August 10, 2010

_____
**W. H. Drake
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| DAWN CLAIR BOURQUE, | ) | CASE NO.  10-11805-WHD |
| | ) | |
| | ) | |
| Debtor. | ) | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | ) | - - - - - - - - - - - - - - - - - - - - - - - |
| U.S. BANK, N.A., | ) | |
| | ) | |
| | ) | |
| Movant, | ) | **CONTESTED MATTER** |
| vs. | ) | |
| DAWN CLAIR BOURQUE, Debtor, | ) | |
| GRIFFIN E. HOWELL, III, Trustee, | ) | |
| | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER MODIFYING AUTOMATIC STAY**

        A hearing on the above-styled Motion for Relief from Automatic Stay filed July 5, 2010 by U.S. Bank, N.A., for itself and its successors or assigns came before this Court on notice July 30, 2010.  Relief is sought as to the real property now or formerly known as 131 Freeman Forest Drive , Newnan , Coweta County*,* Georgia, as more particularly described on Exhibit "A" attached to the Motion for Relief from Automatic Stay.  Neither Debtor nor Trustee oppose the relief sought.  Movant alleges the Motion was properly served and the hearing noticed.  Accordingly, it is hereby

ORDERED that the Motion is GRANTED as follows: the automatic stay of 11 U.S.C. §362 is modified to allow Movant proceed with its state law remedies and to proceed to obtain possession of and foreclose or otherwise dispose of the Property, including sending notices and statements that may be required by state law to be sent; or, in the alternative, Movant at its option be permitted to contact the Debtor via telephone or written correspondence to offer, provide or enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout or loss mitigation agreement including a deed in lieu as allowed by state law. Movant shall promptly remit to the Chapter 7 Trustee, Griffin E. Howell, III, all such proceeds as exceed the lawful debt owed to Movant by Debtor. The 14 day Stay pursuant to Bankruptcy Rule 4001(a)(3) is waived.

**END OF ORDER**

Prepared and Submitted by:
__/s/_ Sidney Gelernter_
Sidney Gelernter
Attorney for Movant
GA. State Bar No. 289145
McCurdy & Candler, L.L.C.
3525 Piedmont Road, NE
Building 6, Suite 700
Atlanta, GA  30305
(404) 373-1612 Telephone
(404) 370-7237 Facsimile
sgelernter@mccurdycandler.com

*M&C File No.08-18840*

DISTRIBUTION LIST

Dawn Clair Bourque
131 Freeman Forest Dr.
Newnan, GA 30265

Darrel L. Hopson
Darrel L. Hopson, P.C.
109 Stockbridge Road
Jonesboro, GA 30236

Griffin E. Howell, III
Chapter 7 Trustee
127 1/2 East Solomon Street
PO Box 551
Griffin, GA 30224

Sidney Gelernter
McCurdy & Candler, LLC
3525 Piedmont Road, NE
Building 6, Suite 700
Atlanta, GA  30305

*M&C File No.08-18840*